ORIGINAL

FILED
JUL - 7 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In Re: | ) Chapter 13 |
| JOSE MANUEL BUCIO | ) Case No. 06-50249 CN |
| | ) **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtor | ) |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2471237 for an unclaimed dividend in the amount of $4.52. The name and address of the claimant entitled to the unclaimed dividend is as follows;

>JOSE MANUEL BUCIO
>4863 W 18TH PL
>YUMA, AZ 85364

Dated: July 02, 2010

_____
DEVIN DERHAM-BURK, TRUSTEE